

```
FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2025

CENTRAL DISTRICT OF CALIFORNIA
BY           /s/           DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>FERMIN BENITEZ CATALAN,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-mj-00747<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __September 10__, __2025__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __JOHN D. EARLY__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __September 9, 2025__

U.S. ~~District Judge~~/Magistrate Judge
John D. Early